IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA LIBERTY, as wife and personal representative of Andrew Joseph Liberty, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. 3:13-0369 Judge Trauger |
| v. | ) ) | |
| Nashville Senior Care, LLC, d/b/a McKendree Village, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED.**

ENTER this 23rd day of April 2013.

_____
ALETA A. TRAUGER
U.S. District Judge