UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PATRICIA LIBERTY,             )
                              )
        Plaintiff             )
                              )      No. 3:13-0369
v.                            )      Judge Sharp/Brown
                              )      **Jury Demand**
NASHVILLE SENIOR CARE, LLC,   )
                              )
        Defendant             )

### O R D E R

This case has now been referred to the undersigned for case management (Docket Entry 6). The initial case management conference set before Judge Trauger is **CANCELED**. The initial case management conference is reset for **June 25, 2013, at 9:30 a.m., Courtroom 783.**

The **Clerk** will furnish the parties with the standard order setting the initial case management conference before me. The parties should note that my requirements are slightly different from those of Judge Trauger.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge