UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA LIBERTY, as wife and personal representative of ANDREW LIBERTY, deceased, ) ) ) ) | |
| Plaintiff ) | |
| ) | No. 3:13-0369 |
| v. ) | Judge Sharp/Brown |
| ) | **Jury Demand** |
| NASHVILLE SENIOR CAR, LLD d/b/a McKENDREE VILLAGE, ) ) ) | |
| Defendant ) | |

## **O R D E R**

A telephone conference with Magistrate Judge Joe Brown is set for **Monday, June 10, 2014, at 3:00 p.m.** to discuss extending discovery deadlines.

Counsel should submit a brief summary of their concerns to the undersigned at brownchambers@tnmd.uscourts.gov by **Monday, June 9th**.

**To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge