UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA LIBERTY, as wife and personal representative of ANDREW LIBERTY, deceased, ) ) ) ) | |
| Plaintiff ) | |
| ) | No. 3:13-0369 |
| v. ) | Judge Sharp/Brown |
| ) | **Jury Demand** |
| NASHVILLE SENIOR CAR, LLD d/b/a McKENDREE VILLAGE, ) ) ) | |
| Defendant ) | |

**O R D E R**

A telephone conference was held with the parties on June 10, 2014, to discuss the scheduling order in this case. The parties advised that they did not anticipate filing any dispositive motions. Accordingly, the deadline for completing all discovery in this matter is extended until **August 29, 2014**.

Mr. Eaton advised that his co-counsel was scheduled to be involved in a trial in North Carolina that they anticipate would extend through October 31, 2014. Accordingly, Mr. Eaton requested that the final pretrial conference be rescheduled to a convenient date on October 22, 23, or 24, 2014. After consulting with Judge Sharp's courtroom deputy, the final pretrial conference is set for **October 24, 2014, at 10:30 a.m.** Judge Sharp will issue a separate order concerning his requirements for the final pretrial conference and the trial, which will include deadlines for Daubert motions and motions *in limine*, among other things.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge